**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANI PARSADANYAN,<br>Petitioner,<br>v.<br>TODD LYONS, *et al*.,<br>Respondents. | Case No. 5:26-cv-03246-DMK<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that the Petition is GRANTED.

Respondents shall immediately release Petitioner on the same conditions that were in place before her re-detention on May 19, 2026. Respondents shall return to Petitioner at the time of her release all confiscated documents, identification, and other personal property. Respondents are enjoined from re-detaining Petitioner unless they first provide her with seven days' written notice describing the changed circumstances said to warrant her arrest or detention, and a pre-deprivation hearing before a neutral decisionmaker at which the government shall bear the burden of proof.

Dated: September 28, 2026

HON. DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE